IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-333-RJC-DCK

| | |
|---|---|
| AMIT PRAKASH, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ROUNDPOINT FINANCIAL GROUP, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., filed a "Certification Of ADR Session" (Document No. 11) notifying the Court that the parties reached a settlement on May 28, 2020. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **July 3, 2020**.

**SO ORDERED**.

Signed: June 5, 2020

David C. Keesler
United States Magistrate Judge